# SCHEDULE A

## SCHEDULE A

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE

# B

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## <u>SCHEDULE C</u>

<u>LEGAL DESCRIPTION</u>

Starr County, Texas

Tract:  RGV-RGC-8014
Owner:  Roberto Rodriguez, Jr., et. al.
Acres:  2.859

**Being** a 2.859 acre (124,522 square feet) parcel of land, more or less, being out of the Maria Marcela Martinez Survey, Abstract No. 130, Porción 83, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, and being out of a called 4.56 acre tract conveyed to Eva R. Garza, et al by Partition Deed recorded in Volume 427, Page 502, Deed Records of Starr County, (Second Tract, Tract 7), being the same tract conveyed to Consuelo Rodriguez Hinojosa, et al by Affidavit recorded in Volume 434, Page 202, Deed Records of Starr County, Texas, being the same tract conveyed to Elena Rodriguez Requenez, et al (undivided 1/2 interest) by Quitclaim Deed recorded in Volume 434, Page 214, Deed Records of Starr County, Texas, being the same tract conveyed to Maria Azucena Rodriguez Salinas by Probate (Cause No. PR-99-47), being the same tract conveyed to Maria Raquel R. Oliva by Affidavit of Facts Concerning the Identity of Heirs recorded in Volume 1050, Page 261, Official Records of Starr County, Texas, being the same tract conveyed to Maria Raquel R. Oliva, et al by Warranty Deed recorded in Volume 954, Page 472, Official Records of Starr County, Texas, being the same tract conveyed to Lazaro Rodriguez, et al (undivided 1/2 interest) by Warranty Deed recorded in Volume 1072, Page 825, Official Records of Starr County, Texas, being the same tract conveyed to Roberto Rodriguez, Jr., et al by Affidavit of Heirship recorded in Volume 1232, Page 614, Official Records of Starr County, Texas and being the same tract conveyed to Petra Chapa Ramirez, et al by Probate (Cause No. P-35,589), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 5/8" rebar capped "RPLS #4912" in the south line of the 4.56 acre tract, said point being at the northeast corner of a called 1.17 acre tract conveyed to Eva R. Garza by Partition Agreement recorded in Volume 434, Page 412, Deed Records of Starr County, Texas (First: Second Tract) and the northwest corner of a called 12.8 acre tract conveyed to Roberto Rodriguez, Trinidad Rodriguez, Encarnacion Rodriguez, Lazaro Rodriguez, Ascencion Rodriguez, Eva Rodriguez Garza and Maria Julia Perez by Affidavit of Heirship recorded in Volume 434, Page 202, Deed Records of Starr County, Texas (Tract 2), said point having the coordinates of N=16646905.419, E=895504.324, said point bears S 79°19'25" E, a distance of 1766.68' from United States Army Corps of Engineers Control Point No. SS14-2019;

**Thence:** N 85°01'17" E (S 85°00'00" W, Record), with the south line of the 4.56 acre tract and the north line of the 12.8 acre tract, for a distance of 211.13' to a found 5/8" rebar with

## SCHEDULE C (Cont.)

an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8015-1=8038-1" for the **Point of Beginning** and southeasterly corner of Tract RGV-RGC-8014, said point being in the south line of the 4.56 acre tract and the north line of the 12.8 acre tract, said point having the coordinates of N=16646923.742, E=895714.653;

**Thence:** departing the north line of the 12.8 acre tract, over and across the 4.56 acre tract, the following courses and distances:

• N 84°16'09" W, for a distance of 79.80' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8015-2" for an angle point in the south line of Tract RGV-RGC-8014;

• S 88°37'18" W, for a distance of 460.00' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8013-7=8015-3" for the southwest corner of Tract RGV-RGC-8014, said point being in the west line of the 4.56 acre tract and the east line of a called 15.6 acre tract conveyed to Dionicio R. Garcia and Adarbea S. Garcia by Warranty Deed with Vendor's Lien recorded in Volume 434, Page 635, Deed Records of Starr County, Texas (Tract No. 2);

**Thence:** N 23°57'26" E (N 23°44'00" E, Record), with the west line of the 4.56 acre tract and the east line of the 15.6 acre tract, for a distance of 91.24' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8013-6=8015-4" for an angle point in the west line of Tract RGV-RGC-8014, said point being at an angle in the west line of the 4.56 acre tract, the northeast corner of the 15.6 acre tract and the southeast corner of a called 6.25 acre tract conveyed to Dionicio R. Garcia and Adarbea S. Garcia by Warranty Deed with Vendor's Lien recorded in Volume 434, Page 635, Deed Records of Starr County, Texas (Tract No. 1);

**Thence:** N 10°47'03" E (N 10°44'00" E, Record), with the west line of the 4.56 acre tract and the east line of the 6.25 acre tract, for a distance of 120.51' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8013-5=8015-5" for the northwest corner of Tract RGV-RGC-8014, said point being in the west line of the 4.56 acre tract and the east line of the 6.25 acre tract;

**Thence:** departing the east line of the 6.25 acre tract, over and across the 4.56 acre tract, the following courses and distances:

**SCHEDULE C (Cont.)**

• N 88°35'04" E, for a distance of 403.70' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8015-6" for an angle in the north line of Tract RGV-RGC-8014;

• S 84°16'09" E, for a distance of 132.45' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8015-7" for a northeasterly corner of Tract RGV-RGC-8014, said point being in the northeast line of the 4.56 acre tract and the southwest line of a called 17.5 acre tract conveyed to Roberto Rodriguez, Trinidad Rodriguez, Encarnacion Rodriguez, Lazaro Rodriguez, Ascencion Rodriguez, Eva Rodriguez Garza and Maria Julia Perez by Affidavit of Heirship recorded in Volume 434, Page 202, Deed Records of Starr County, Texas (Tract 1);

**Thence:** S 46°31'43" E (S 46°33'00" E, Record), with the northeast line of the 4.56 acre tract and the southwest line of the 17.5 acre tract, for a distance of 131.27' to a point for the east corner of Tract RGV-RGC-8014, said point being at the east corner of the 4.56 acre tract and the southeast corner of the 17.5 acre tract, said point being in the west line of a called 41.15 acre tract conveyed to Marcelo Montalvo by Warranty Deed recorded in Volume 357, Page 375, Deed Records of Starr County, Texas;

**Thence:** S 09°56'17" W (S 09°55'00" W, Record), with the east line of the 4.56 acre tract and the west line of the 41.15 acre tract, for a distance of 94.80' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8015-9=8038-2" for the southeast corner of Tract RGV-RGC-8014, said point being at the southeast corner of the 4.56 acre tract and the northeast corner of the 12.8 acre tract, said point being in the west line of the 41.15 acre tract;

**Thence:** S 85°01'17" W (S 85°00'00" W, Record), departing the west line of the 41.15 acre tract, with the south line of the 4.56 acre tract and the north line of the 12.8 acre tract, for a distance of 135.10' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC—BEARING | REC—DISTANCE |
|---|---|---|---|---|
| L1 | S 79°19'25" E | 1766.68' | N/A | N/A |
| L2 | N 85°01'17" E | 211.13' | S 85°00'00" W | N/A |
| L3 | N 84°16'09" W | 79.80' | N/A | N/A |
| L4 | S 88°37'18" W | 460.00' | N/A | N/A |
| L5 | N 23°57'26" E | 91.24' | N 23°44'00" E | N/A |
| L6 | N 10°47'03" E | 120.51' | N 10°44'00" E | N/A |
| L7 | N 88°35'04" E | 403.70' | N/A | N/A |
| L8 | S 84°16'09" E | 132.45' | N/A | N/A |
| L9 | S 46°31'43" E | 131.27' | S 46°33'00" E | N/A |
| L10 | S 09°56'17" W | 94.80' | S 09°55'00" W | 94.80' |
| L11 | S 85°01'17" W | 135.10' | S 85°00'00" W | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16646923.742 | 895714.653 | RGV—RGC—8015—1=8038—1 |
| 2 | 16646931.710 | 895635.251 | RGV—RGC—8015—2 |
| 3 | 16646920.645 | 895175.384 | RGV—RGC—8013—7=8015—3 |
| 4 | 16647004.026 | 895212.433 | RGV—RGC—8013—6=8015—4 |
| 5 | 16647122.410 | 895234.982 | RGV—RGC—8013—5=8015—5 |
| 6 | 16647132.383 | 895638.555 | RGV—RGC—8015—6 |
| 7 | 16647119.157 | 895770.342 | RGV—RGC—8015—7 |
| 8 | 16647028.844 | 895865.608 | RGV—RGC—8015—8 |
| 9 | 16646935.467 | 895849.247 | RGV—RGC—8015—9=8038—2 |
| 10 | 16646905.419 | 895504.324 | POC RGV—RGC—8014 8038 |

### LEGEND

● 5/8" REBAR W/ "MDS" CAP FOUND

○ CALCULATED POINT

△ CONTROL POINT

⊙ FOUND MONUMENT

–⊘– UTILITY POLE

← GUY ANCHOR

——————— ACQUISITION BOUNDARY

———— P L ———— PROPERTY LINE

—··—··—··— ADJOINING ACQUISITION BOUNDARY

— — — — — EASEMENT LINE

———— HE ———— OVERHEAD ELECTRIC

— x — x — x — WIRE FENCE

(#) SEE SHEET 6

CIV    CONCRETE IRRIGATION VALVE
CONC   CONCRETE
DRSC   DEED RECORDS OF STARR COUNTY
FWS    FWS ALUMINUM DISK FOUND
IRF    IRON ROD FOUND
ORSC   OFFICIAL RECORDS OF STARR COUNTY
PG     PAGE
POB    POINT OF BEGINNING
POC    POINT OF COMMENCING
VOL    VOLUME

### NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE, (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
7. TITLE RESEARCH WAS PROVIDED BY CRB—PLS, LLC (DATED JULY 5, 2023).



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1818

| | |
|---|---|
| Drawing SHEET 5 OF 8 Ref. No. | METES & BOUNDS SURVEY<br>ROBERTO RODRIGUEZ, JR, ET AL<br>TRACT No. RGV-RGC-8014<br>STARR COUNTY        TEXAS |



| Mark | Description | Date | Appr |
|---|---|---|---|
| 1 | Tract Number Change | 2/25/20 | |
| 2 | Add building dims. | 7/20/20 | |
| 3 | Datum Revision | 2/13/24 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W9127S-18-F-0139

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 2/24 |
| Checked | LMK | 2/24 |
| Surveyor | JDB | 2/24 |
| Fld.Bk. # | 188889-T4-B8 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
No. 10019342



**B&F ENGINEERING, INC.**
828 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6869
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

MDS PROJ. NO. 23-800-00      FILE NAME: RGV-RGC-8014      DATE: 2/13/2024

# SCHEDULE D (Cont.)

**(1)**

MARIA JULIA R. PEREZ, ET AL
CALLED 4.56 ACRES
PARTITION DEED
VOL. 427, PG. 502 DRSC
(SECOND TRACT, TRACT 7)

CONSUELO RODRIGUEZ HINOJOSA,
ET AL
AFFIDAVIT
VOL. 434, PG. 202 DRSC

ELENA RODRIGUEZ REQUENEZ, ET AL
(UNDIVIDED ½ INTEREST)
CALLED 4.56 ACRES
QUITCLAIM DEED
VOL. 434, PG. 214 DRSC

MARIA AZUCENA RODRIGUEZ SALINAS
PROBATE
CAUSE NO. PR—99—47

MARIA RAQUEL P. OLIVA, ET AL
WARRANTY DEED
VOL. 954, PG. 472 ORSC

MARIA RAQUEL P. OLIVA, ET AL
AFFIDAVIT OF FACTS
CONCERNING THE IDENTITY OF HEIRS
VOL. 1050, PG. 261 ORSC

LAZARO RODRIGUEZ, ET AL
(UNDIVIDED ½ INTEREST)
WEST ONE—HALF OF
CALLED 4.56 ACRES
WARRANTY DEED
VOL. 1072, PG. 825 ORSC

ROBERTO RODRIGUEZ, JR., ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1232, PG. 614 ORSC

PETRA CHAPA RAMIREZ, ET AL
PROBATE
CAUSE NO. P—35,589

**(3)**

MARCELO MONTALVO
WARRANTY DEED
CALLED 41.15 ACRES
VOL. 357, PG. 375 DRSC

**(6)**

ENCARNACION J. RODRIGUEZ
CALLED 3.74 ACRES
PARTITION AGREEMENT
VOL. 434, PG. 412 DRSC
(FOURTH)

**(2)**

ROBERTO RODRIGUEZ, ET AL
CALLED 12.8 ACRES
AFFIDAVIT OF HEIRSHIP
VOL. 434, PG. 202 DRSC
(TRACT 2)

ALEJANDRO RODRIGUEZ, JR., ET AL
PROBATE
CAUSE NO. PR—93—3

ROSITA R. LAUREL, ET AL
AFFIDAVIT OF DEATH
& MARITAL HISTORY
VOL. 596, PG. 784 DRSC

EDWARD ALLEN BALLI, ET AL
DEED OF GIFT
VOL. 707, PG. 239 ORSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
& DEATH
DOC. NO. 2002—226828 ORSC
DOC. NO. 2020—358285 ORSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
DOC. NO. 2015—326572 ORSC

MARIA JESUS R. URGUIDEZ, ET AL
PROBATE
CAUSE NO. PR—05—031

ROBERTO RODRIGUEZ
WARRANTY DEED
VOL. 1072, PG. 834 ORSC

DAVID A. RODRIGUEZ, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1232, PG. 614 ORSC

NICOLAS BALLI, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1371, PG. 743 ORSC

LUCIA A. GARZA, ET AL
PROBATE
CAUSE NO. PR—10—46

EDNA P. RODRIGUEZ
PROBATE
CAUSE NO. 2015—PR—00188—2

**(5)**

EVA R. GARZA
CALLED 1.17 ACRES
PARTITION AGREEMENT
VOL. 434, PG. 412 DRSC
(FIRST SECOND TRACT)

**(8)**

DIONICIO R. GARCIA
& ADARBEA S. GARCIA
CALLED 15.6 ACRES
WARRANTY DEED W/ VENDOR'S LIEN
VOL. 434, PG. 635 DRSC
(TRACT No. 2)

NOELIA R. COLIN
& NOE RODRIGUEZ, JR.
AFFIDAVIT OF HEIRSHIP
VOL. 1329, PG. 567 ORSC
VOL. 1331, PG. 446 ORSC
VOL. 1332, PG. 676 ORSC

RUBEN VALENCIA
GENERAL WARRANTY DEED
DOC. NO. 2020—357221 ORSC

**(4)**

ROBERTO RODRIGUEZ, ET AL
CALLED 17.5 ACRES
AFFIDAVIT OF HEIRSHIP
VOL. 434, PG. 202 DRSC
(TRACT 1)

ALEJANDRO RODRIGUEZ, JR., ET AL
PROBATE
CAUSE NO. PR—93—3

ROSITA R. LAUREL, ET AL
AFFIDAVIT OF DEATH
& MARITAL HISTORY
VOL. 596, PG. 784 DRSC

EDWARD ALLEN BALLI, ET AL
DEED OF GIFT
VOL. 707, PG. 239 ORSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
& DEATH
DOC. NO. 2002—226828 ORSC
DOC. NO. 2020—358285 ORSC

GLORIA R. VILLARREAL, ET AL
AFFIDAVIT OF HEIRSHIP
DOC. NO. 2015—326572 ORSC

MARIA JESUS R. URGUIDEZ, ET AL
PROBATE
CAUSE NO. PR—05—031

ROBERTO RODRIGUEZ
WARRANTY DEED
VOL. 1072, PG. 834 ORSC

DAVID A. RODRIGUEZ, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1232, PG. 614 ORSC

NICOLAS BALLI, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 1371, PG. 743 ORSC

LUCIA A. GARZA, ET AL
PROBATE
CAUSE NO. PR—10—46

EDNA P. RODRIGUEZ
PROBATE
CAUSE NO. 2015—PR—00188—2

**(7)**

DIONICIO R. GARCIA
& ADARBEA S. GARCIA
CALLED 6.25 ACRES
WARRANTY DEED W/ VENDOR'S LIEN
VOL. 434, PG. 635 DRSC
(TRACT No. 1)

NOELIA R. COLIN
& NOE RODRIGUEZ, JR.
AFFIDAVIT OF HEIRSHIP
VOL. 1329, PG. 567 ORSC
VOL. 1331, PG. 446 ORSC
VOL. 1332, PG. 676 ORSC

RUBEN VALENCIA
GENERAL WARRANTY DEED
DOC. NO. 2020—357222 ORSC
DOC. NO. 2020—357223 ORSC



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019800
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1816

| | | |
|---|---|---|
| Drafting SHEET 6 OF 8 Ref. No. | **METES & BOUNDS SURVEY**<br>**ROBERTO RODRIGUEZ, JR, ET AL**<br>**TRACT No. RGV-RGC-8014**<br>**STARR COUNTY              TEXAS** | |

| Mark | Description | Date | Appr. |
|---|---|---|---|
| 1 | Tract Number Change | 3/20/20 | |
| 2 | Add building dims. | 7/28/20 | |
| 3 | Outer Revision | 2/13/24 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W9127S-18-F-0139

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 2/24 |
| Checked | LMK | 2/24 |
| Surveyor | JDB | 2/24 |
| Fld.Bk. # | 188888-T4-88 | |

TEXAS LICENSED SURVEYING FIRM
IHF ENGINEERING, INC.
NO. 1019342




**ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2386
(FAX) 501-767-6859
(EMAIL) info@ihfeng.com


US Army Corps of Engineers

MDS PROJ. NO. 23-800-00     FILE NAME: RGV-RGC-8014     DATE: 2/13/2024

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract:  RGV-RGC-8014
Owner:  Roberto Rodriguez, Jr., et. al.
Acreage:  2.859

# SCHEDULE

# E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-8014
Owner:  Roberto Rodriguez, Jr., et. al.
Acres:  2.859


  The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

  Reserving to the owners of land described as Second tract, Tract Seven in Partition Deed recorded in Deed Records of Starr County, Texas on 17 March 1980, volume 427, page 502, document number 1980-103077 reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

  Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE

# F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is THIRTY-TWO THOUSAND, TEN DOLLARS AND NO/100 ($32,010.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the Official Public Records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Alberto Rodriguez**<br><br>Rio Grande City, TX | Affidavit to the Public, Document No. 1959-51776, recorded on October 28, 1959, in the Official Public Records of Starr County, Texas. |
| **Consuelo R. Hinojosa**<br><br>Rio Grande City, TX | Warranty Deed, Document No. 1962-57170, recorded on March 13, 1962, in the Official Public Records of Starr County, Texas. |
| **Maricela R. Marroquín**<br>.<br>Rio Grande City, TX | Warranty Deed, Document No. 1970-75097, recorded on February 6, 1970, in the Official Public Records of Starr County, Texas. |
| **Jorge Luis Rodriguez**<br>.<br>Rio Grande City, TX | Partition Agreement, Document No. 1972-80763. Recorded on June 9, 1972, in the Official Public Records of Starr County, Texas. |
| **Gabriel Rodriguez**<br>.<br>Kingsville, TX | Partition Deed, Document No. 1980-103077, recorded on March 19, 1980, in the Official Public Records of Starr County, Texas.<br><br>Affidavit to the Public, Document No. 1980-105547, recorded on November 19, 1980, in the Official Public Records of Starr County, Texas. |
| **Mariana Gil**<br><br>Rio Grande City, TX | Quitclaim Deed, Document No. 1980-105548, recorded on November 19, 1980, in the Official Public Records of Starr County, Texas.<br><br>Partition Agreement, Document No. 1980-105584, recorded on November 25, 1980, in |

| | |
|---|---|
| | the Official Public Records of Starr County, Texas.<br><br>Affidavit, Document No. 1989-148151, recorded on June 22, 1989, in the Official Public Records of Starr County, Texas.<br><br>Last Will and Testament for the Estate of Alejandro Rodriguez, No. PR:93-3, recorded on February 8, 1993, in the Official Public Records of Starr County, Texas.<br><br>Partition Agreement, Document No. 1997-194494, recorded on December 22, 1997, in the Official Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 2005-252017, recorded on December 7, 2005, in the Official Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 2005-252018, recorded on December 7, 2005, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship, Document No. 2022-372011, recorded on October 14, 2022, in the Official Public Records of Starr County, Texas. |
| **Maria Jesús R. Urguidez**<br>███████████<br>Austin, TX ███<br><br>**Teresa R. Contreras**<br>███████████<br>McAllen, TX ████<br><br>**Elsa R. Wittenburg**<br>██████<br>San Isidro, TX ████ | Last Will and Testament for the Estate of Elena R. Requenez, No. PR:05-031, recorded on September 20, 2005, in the Official Public Records of Starr County, Texas. |

| | |
|---|---|
| **Antonio Jesús Requenez, Jr.**<br>Rio Grande City, TX | |
| **Jose Javier Requenez**<br>Delmita, TX | |
| **George Norberto Requenez**<br>Santa Elena, TX | |
| **Alberto Joel Requenez**<br>San Isidro, TX | |
| **Lucia A. Garza**<br>Santa Elena, TX<br><br>**Alma A. Adam**<br>Delmita, TX<br><br>**Maria Manuelita Olivarez**<br>Santa Elena, TX<br><br>**Alicia A. Perez**<br>Corpus Christi, TX<br><br>**Carolina A. Kriticos**<br>McKinney, TX | Last Will and Testament for the Estate of Esther R. Alvarado, No. PR:10-46, recorded on January 25, 2011, in the Official Public Records of Starr County. |



| | |
|---|---|
| **David D. Alvarado** <br> ▮▮▮▮▮▮ <br> Delmita, TX ▮▮ <br><br> **Maria Graciela Bennack** <br> ▮▮▮▮▮▮ <br> Lyford, TX ▮▮ <br><br> **Felix Alvarado** <br> ▮▮▮▮▮▮ <br> Emory, TX ▮▮ | |
| **Roberto Rodriguez, Jr.** <br> ▮▮▮▮▮ <br> Corpus Christi, TX ▮▮ <br><br> **David A. Rodriguez** <br> ▮▮▮▮▮ <br> Corpus Christi, TX ▮▮ <br><br> **Roel A. Rodriguez** <br> ▮▮▮▮▮▮ <br> Mathis, TX ▮▮ <br><br> **Sandra R. Ruiz** <br> ▮▮▮▮▮▮ <br> Mathis, TX ▮▮ <br><br> **Edward Rodriguez** <br> ▮▮▮▮▮▮ <br> San Antonio, Texas ▮▮ | Affidavit of Heirship of Roberto Rodriguez, deceased, Document No. 2009-282187, recorded on April 20, 2009, in the Official Public Records of Starr County, Texas. |

| | |
|---|---|
| **Edna P. Rodriguez**<br><br>Houston, TX | Last Will and Testament of Noe Rodriguez, Document No. 2015018123, recorded on May 15, 2015, in the Official Public Records of Nueces County, Texas. |
| **Gloria R. Villarreal**<br><br>Delmita, TX<br><br>**Rosita R. Laurel**<br><br>Pharr, TX<br><br>**Maria Dolores R. Cavazos**<br><br>Dallas, TX<br><br>**Rebecca R. Garza**<br><br>Delmita, TX<br><br>**Petra R. Alvarez**<br><br>Santa Elena, TX | Affidavit of Death and Marital History of Santos Rodriguez Rojas, Document No. 1989-148049, recorded on June 14, 1989, in the Official Public Records of Starr County, Texas.<br><br>Quitclaim Deed, Document No. 1989-148050, recorded on June 14, 1989, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Death and Heirship of Ascencio Rojas, Document No. 2002-226828, recorded on December 16, 2002, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship of Santos R. Rojas, Document No. 2015-326572, recorded on October 26, 2015, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship of Asencio Rojas, Document No. 2020-358285, recorded on October 15, 2020, in the Official Public Records of Starr County, Texas. |
| **Esperanza R. Juarez**<br><br>San Antonio, TX | Warranty Deed, Document No. 2005-246964, recorded on June 2, 2005, in the Official Public Records of Starr County, Texas. |
| **Eduardo Juarez**<br><br>San Antonio, TX | Warranty Deed, Document No. 2005-246964, recorded on June 2, 2005, in the Official Public Records of Starr County, Texas. |

| | |
|---|---|
| **Anna Jean Martinez**<br><br>Austin, TX ▮ | Deed of Gift, Document No. 1994-173373, recorded on November 29, 1994, in the Official Public Records of Starr County, Texas. |
| **Debra Gail Balli**<br><br>San Antonio, TX ▮ | Deed of Gift, Document No. 1994-173373, recorded on November 29, 1994, in the Official Public Records of Starr County, Texas. |
| **Donald Davis Balli**<br><br>San Antonio, TX ▮ | Deed of Gift, Document No. 1994-173373, recorded on November 29, 1994, in the Official Public Records of Starr County, Texas. |
| **Nicolas Ramon Balli**<br><br>Seguin, TX ▮<br><br>**Ann M. Kimble aka Ann Margret Balli**<br><br>Goodyear, AZ ▮ | Deed of Gift, Document No. 1994-173373, recorded on November 29, 1994, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship of Edward Allen Balli, deceased, Document No. 2013-309663, recorded on February 19, 2013, in the Official Public Records of Starr County, Texas. |
| **Encarnación Jesús Rodriguez**<br><br>Rio Grande City, TX ▮ | Warranty Deed, Document No. 1970-75097, recorded on February 6, 1970, in the Official Public Records of Starr County, Texas. |
| **Lazaro Rodriguez, Jr.**<br><br>Harlingen, TX ▮<br><br>**María Elena Rodriguez Cantú**<br><br>Harlingen, TX ▮ | Affidavit of Facts Concerning the Identity of Heirs of Lazaro Rodriguez, Document No. 2019-349780, recorded on May 14, 2019, in the Official Public Records of Starr County, Texas.<br><br>Affidavit-Proof of Heirship of Willie Rodriguez, deceased, Document No. 2023-377522, recorded on August 11, 2023, in the Official Public Records of Starr County, Texas. |

| | |
|---|---|
| **Amanda Marie Rodriguez Peña**  Mission, TX<br><br>**Willie Rodriguez, Jr.** Houston, TX<br><br>**Crystal L. Rodriguez** Clayton, NC<br><br>**Blanca Rodriguez**, Life Estate Harlingen, TX<br><br>**Ethan Abel Rodriguez** La Feria, TX<br><br>**Lauren A. Rodriguez** Harlingen, TX | Affidavit of Heirship of Abel Rodriguez, deceased, Document No. 2022-36362, recorded on September 6, 2022, in the Official Public Records of Cameron County, Texas. |
| **Daniel Ross Garza** Georgetown, TX<br><br>**Devin Martin Garza** Austin, TX<br><br>**Dora Elisa Cawley** Stephenville, TX | Last Will and Testament of Eva Rodriguez, Document No. 2014-PR-00142, recorded on May 28, 2014, in the Official Records of Nueces County, Texas. |

| | |
|---|---|
| **Diana Lynn Adams**<br>████████████<br>Medina, TX ████ | |
| **Darron Thomas Garza**<br>████████████<br>Round Rock, TX ████ | |
| **Petra Chapa Ramirez**<br>██████████<br>Peñitas, TX ████<br><br>**Edna Chapa Moreno**<br>████████████<br>Peñitas, TX ████<br><br>**Nora Chapa Farias**<br>███████████<br>Mission, TX ████<br><br>**Alicia Chapa Gonzalez**<br>███████████<br>Peñitas, TX ████<br><br>**Sylvia Chapa Flores**<br>████████████<br>Porter, TX ████ | Last Will and Testament for the Estate of Ascencion R. Chapa, Document No. P-35,589, recorded on July 10, 2013, in the Official Public Records of Hidalgo County, Texas. |
| **Maclovio Perez, Jr.**<br>███████████<br>San Antonio, TX ████<br><br>**Maria Raquel P. Oliva**<br>██████████<br>McAllen, TX ████ | Affidavit of Facts Concerning the Identity of Heirs of Maclovio Perez, Sr. and Maria Julia Perez, Document No. 2005-247937, recorded on April 26, 2005, in the Official Public Records of Hidalgo County, Texas. |

| | |
|---|---|
| **Maria Azucena Rodriguez**<br>▇▇▇▇▇▇<br>Rio Grande City, TX ▇▇<br><br>**Jesús A. Rodriguez**<br>▇▇▇▇▇▇▇<br>Bastrop, TX ▇▇<br><br>**David Rodriguez**<br>▇▇▇▇▇<br>Rio Grande City, TX ▇▇<br><br>**Elsa Rodriguez Zarate**<br>▇▇▇▇▇<br>Raymondville, TX ▇▇<br><br>**Vilma Rodriguez Garza**<br>▇▇▇▇▇<br>Rio Grande City, TX ▇▇ | Small Estate Affidavit and Order, Estate of Trinidad Rodriguez, Jr., Document No. PR:99-47, recorded on November 18, 1999, in the Official Public Records of Starr County, Texas. |
| **Blanco Farms**<br>Tenant Farmer<br>▇▇▇▇▇<br>Rio Grande City, TX ▇▇ | Farming Lease signed February 2023. |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167, Room 201<br>Rio Grande City, Texas 78582 | RGV-RGC-8014<br>Tax Authority Account Nos.: 00429, 07260, 23035, 23219, 52251, 52252, 59920 |