UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:25-CV-00059 |
| | § | |
| **2.859 ACRES OF LAND, MORE OR LESS,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the July 30, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Nadia S. Medrano. (Dkt. No. 81). Judge Medrano made findings and conclusions and recommended that the Government's Opposed Motion for Order of Immediate Possession, (Dkt. No. 63), be granted, (Dkt. No. 81 at 1, 8). Judge Medrano further recommended that the Government be ordered to confer with the Parties "and submit 'proposed findings of fact and evidence' relating to the amount and distribution of just compensation as amicus curiae." (*Id.* at 8 n.3).

The Parties received proper notice and an opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No objection was filed. Review is therefore limited to plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Medrano's M&R, (Dkt. No. 81), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) The Government's Motion for Order of Immediate Possession, (Dkt. No. 63), **is GRANTED**; and

(3) The Government is **ORDERED** to confer with the Parties and submit "proposed findings of fact and evidence" relating to the amount and distribution of just compensation as amicus curiae.

It is SO ORDERED.

Signed on August 19, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**